IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

**TALVESHA GLAUDE**                                                      **PLAINTIFF**

**V.**                                                            **CAUSE NO.1:13CV3-HSO-RHW**

**LOWES HOME CENTERS, INC.,**                                 **DEFENDANT**

**AGREED ORDER GRANTING MOTION TO REMAND**

Before the Court is a Motion to Remand filed by Plaintiff, Talvesha Glaude, in this cause, and after having duly considered said motion, and having been advised that Defendant, Lowes Home Centers, Inc., is in agreement with said motion based upon the representation of Plaintiff that she does not, and will not at any point, seek recovery of damages in excess of $75,000.00 exclusive of costs and interest from said Defendant, the Court finds that said motion is well taken and should be granted.

IT IS, THEREFORE, ORDERED AND ADJUDGED as follows:

1. The Court hereby accepts the stipulation of Plaintiff, Talvesha Glaude, that she does not seek, and will not seek, recovery of more than $75,000.00 exclusive of costs and interest from Defendant, Lowes Home Centers, Inc. upon remand.

2. That Plaintiff's motion to remand is hereby granted; and

3. All parties shall bear their own costs and attorneys fees.

This case is hereby remanded to the Circuit Court of Jackson County, Mississippi, for all future proceedings.

**SO ORDERED AND ADJUDGED**, this the 20th day of March, 2013.

                                                   s/ Halil Suleyman Ozerden
                                                   HALIL SULEYMAN OZERDEN
                                                   UNITED STATES DISTRICT JUDGE

1242395

AGREED TO AS TO FORM AND CONTENT BY:

| | |
|---|---|
| ***/s/ David A. Hilleren***  <br>DAVID A. HILLEREN, ESQ.  <br>Attorney for Plaintiff | ***/s/ L. Bradley Dillard***  <br>L. BRADLEY DILLARD, ESQ.  <br>Attorney for Defendant |